UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| KEITH C. CELEBREZZE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-CV-47 |
| | ) |
| JOHN P. KONVALINKA, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

This matter is before the Court on Plaintiff's Motion to Stay [doc. 29] and Defendant's Response in Opposition [doc. 31]. The motion is **GRANTED**. *See Clinton v. Jones*, 520 U.S. 681, 706–07 (1997) (stating that district courts have "broad discretion to stay proceedings as an incident to its power to control its own docket" (citation omitted)). This case is hereby **STAYED**.

Mr. Celebrezze is **ORDERED** to file a status report in this Court no later than May 25, 2018, apprising the Court of the legal proceedings against him in North Carolina and his ability to prosecute this case. Mr. Celebrezze's failure to comply with this Order may result in this case's dismissal without further notice. *See* Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to mail a copy of this Order to Mr. Celebrezze's address on file and to the Macon County Detention Center in North Carolina.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge